**CASE NO. 14-1455**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

ERMIN KRESO, M.D.,
    Plaintiff - Appellant,
v.

ERIC SHINSEKI, Secretary
United States Department of Veterans Affairs,
UNITED STATES VETERANS
ADMINISTRATION
    Defendants - Appellees,

On Appeal from the Decision and Order in *Kreso v. Shinseki, et al.,* United States District Court for the District of Colorado, Case No. 11-cv-02378-AP, Judge Robert E. Blackburn

**INDEX TO APPENDIX**

Order Affirming Decision, Judgment in Favor of U.S. Veterans Administration, Order Affirming Agency Action .................................. 000001-60

Board File - Transcript 10/13/2010 ........................................................ 000067-405

Board File - Transcript 10/14/2010 ........................................................ 000406-753

Board File - Transcript 10/15/2010 ........................................................ 000754-945

Disciplinary Appeals Board Additional Documents ............................. 000946-949
    Agency Closing Arguments (Tab 1) ............................................ 000950-960
    Claimant's Closing Argument (Tab 2) ......................................... 000961-967
    Various Emails regarding the proceedings (Tab 3) ...................... 000968-972

Email transmitting Motion for Sanctions and Motion
  Along with supporting emails (Tab 4) ...................................... 000973-979
Email re approved witnesses (Tab 5) ............................................ 000980-984
Claimant's Objection to Witnesses (Tab 6) ................................... 000985-989
Email transmitting "last discovery – peer review" (Tab 7) .......... 000990-994
Email transmitting additional discovery (Tab 8) ......................... 000995-1010
Email transmitting final witness list and Kreso's
  Additional Documents (Tab 9) .................................................. 001011-1026
Final Revised Agency Witness List (Tab 10) ............................. 001027-1030
Letter to E. Stewart requesting final witness list (Tab 11) ......... 001031-1034
Revised Agency Witness List (Tab 12) ...................................... 001035-1037
Letter to E. Stewart regarding Witness List (Tab 13) ................ 001038-1040
Letter to Regional Counsel re Witness List (Tab 14) ................. 001041-1043
Claimant Initial Witness List (Tab 15) ....................................... 001044-1047
Agency Witness List (Tab 16) ..................................................... 001048-1051
Claimant Initial Witness List (Tab 17) ....................................... 001052-1054
Letter to E. Stewart re DAB Hearing (Tab 18) .......................... 001055-1081
Email from E. Stewart requesting hearing date past
  September 22 (Tab 19) ............................................................. 001082-1083
Email from J. Sneed re hearing date (Tab 20) ............................ 001084-1086
Email from J. Sneed re hearing dates (Tab 21) .......................... 001087-1088
Letter from E. Stewart re Dr. Kreso agreeing to delay
  Hearing (Tab 22) ....................................................................... 001089-1091
Letter from M. Gurnee re hearing continuance (Tab 23) ........... 001092-1093
Letter from C. O'Hare re acknowledgement to go
  Forward with delay (Tab 24) .................................................... 001094-1095
Email from E. Stewart requesting delay in hearing
  With DAB Management Exhibit List (Tab 25) ........................ 001096-1100
      Exhibit M-1 ............................................................... 001101-1105
      Exhibit M-2 ............................................................... 001106-1109
      Exhibit M-3 ............................................................... 001110-1121
      Exhibit M-4 ............................................................... 001122-1123
      Exhibit M-5 ............................................................... 001124-1125
      Exhibit M-6 ............................................................... 001126-1128
      Exhibit M-7 ............................................................... 001129-1130
      Exhibit M-8 ............................................................... 001131-1133
      Exhibit M-9 ............................................................... 001134-1148
      Exhibit M-10 ............................................................. 001149-1151
      Exhibit M-11 ............................................................. 001152-1154
      Exhibit M-12 ............................................................. 001155-1159

    Exhibit M-13 ...................................................................001160-1161
    Exhibit M-14 ...................................................................001162-1171
    Exhibit M-15 ...................................................................001172-1536

Disciplinary Appeals Board Additional Documents
    (Tab 29-Deposition of Thomas Meyer, M.D.) ..........................001537-1558

Disciplinary Appeals Board Additional Documents
    (Tab 30-Deposition of Patricia Lyman) .....................................001559-1575

Disciplinary Appeals Board Additional Documents
    (Tab 31-Deposition of Sylvia Murray).......................................001576-1602

Disciplinary Appeals Board Additional Documents
    (Tab 32-Deposition of Neil Weston)..........................................001603-1617

Disciplinary Appeals Board Additional Documents
    (Tab 33-Interview of Susan West) .............................................001618-1651

Disciplinary Appeals Board Additional Documents
    (Tab 34-Interview of Irmin Kreso, M.D.) .................................001652-1752

Disciplinary Appeals Board Additional Documents
    (Tab 35-Deposition of Karla Perkins) .......................................001753-1765

Disciplinary Appeals Board Additional Documents
    (Tab 36-Deposition of Kim Ator)...............................................001766-1779

Disciplinary Appeals Board Additional Documents
    (Tab 37-Deposition of Sarah Back)............................................001780-1800

Disciplinary Appeals Board Additional Documents
    (Tab 38-Deposition of Michael Blieden, M.D.).........................001801-1821

Disciplinary Appeals Board Additional Documents
    (Tab 39-Deposition of Sandra Baker) ........................................001822-1857

Disciplinary Appeals Board Additional Documents
    (Tab 40-Deposition of Francis Keffler, M.D.) ..........................001858-1876

Disciplinary Appeals Board Additional Documents
 (Tab 41-Deposition of Christine Cosalan) .................................001877-1886

Disciplinary Appeals Board Additional Documents
 (Tab 42-Deposition of Patricia Hughes)...................................001887-1911

Disciplinary Appeals Board Additional Documents
 (Tab 43-Interview of Sandra Baker, M.D.) ...............................001912-1924

Disciplinary Appeals Board Additional Documents
 (Tab 44-Interview of Patricia Lyman).......................................001925-1932

Disciplinary Appeals Board Additional Documents
 (Tab 45-Interview of Thomas Meyer, M.D.) .............................001933-1942

Disciplinary Appeals Board Additional Documents
 (Tab 46-Interview of Sara Beck)................................................001943-1951

Disciplinary Appeals Board Additional Documents
 (Tab 47-Interview of Mark Phillips) .........................................001952-1971

Disciplinary Appeals Board Additional Documents
 (Tab 48-Interview of Faye Salas) ..............................................001972-1987

Disciplinary Appeals Board Additional Documents
 (Tab 49-Interview of James Connor, M.D.)..............................001988-2000

Disciplinary Appeals Board Additional Documents
 (Tab 50-Interview of Sylvia Murray).........................................002001-2006

Disciplinary Appeals Board Additional Documents
 (Tab 51-Interview of Donald Weinshenker, M.D.)....................002007-2021

Disciplinary Appeals Board Additional Documents
 (Tab 52-Interview of Diane McNamara)...................................002022-2052

Disciplinary Appeals Board Additional Documents
 (Tab 53-Interview of Carlos Montoya) .....................................002053-2066

Disciplinary Appeals Board Additional Documents
    (Tab 54-Interview of Laura Fox) ................................................. 002067-2078

Disciplinary Appeals Board Additional Documents
    (Tab 55-Interview of Carla Perkins) ............................................ 002079-2094

Disciplinary Appeals Board Additional Documents
    (Tab 56-Interview of Susan J. West) .......................................... 002095-2102

Disciplinary Appeals Board Appellant Exhibit List ............................. 002103-2104

Appellant Exhibit A-1 ............................................................................ 002105-2109

Appellant Exhibit A-2 ............................................................................ 002110-2154

Appellant Exhibit A-3 ............................................................................ 002155-2156

Appellant Exhibit A-4 ............................................................................ 002157-2158

Disciplinary Appeals Board – Board Exhibit List ................................ 002159-2160

Board Exhibit B-1 .................................................................................. 002161-2162

Board Exhibit B-2 .................................................................................. 002163-2164

Board Exhibit B-3 .................................................................................. 002165-2167

Board Exhibit B-4 .................................................................................. 002168-2171

Board Exhibit B-5 .................................................................................. 002172-2173

Board Exhibit B-6 .................................................................................. 002174-2175

Board Exhibit B-7 .................................................................................. 002176-2178

DAB Decision Letter ............................................................................. 002179-2181

DAB Briefing Package .......................................................................... 002182-2229

Appeal ................................................................................................... 002230-2419

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec Endpoint Protection Small Business Edition, Version 12.1.4013.4013, updated January 26, 2015, and according to the program are free of viruses.

                                           *s/ Rosemary Orsini*
                                           Rosemary Orsini

# CERTIFICATE OF SERVICE

I hereby certify that on this day of 26th day of January, 2015, a true and correct copy of the **APPELLANT'S APPENDIX TO OPENING BRIEF** was served upon the following counsel of record via electronic service and hand delivery:

Susan Prose
Paul Farley
Assistant United States Attorney
U.S. Attorney's Office for the District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
susan.prose@usdoj.gov
paul.farley@usdoj.gov

*Original document on file at*
*Berenbaum Weinshienk PC*

*/s / Sherrol Hall*
Sherrol Hall